Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
405 Fourteenth Street, Suite 915
Oakland, California 94612
Ph (510) 835-5203
Fax (510) 835-5205

Attorneys for Plaintiff
KIARA BOWEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARA BOWEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC. INC. AND DOES 1-20, INCLUSIVE,<br><br>　　　　Defendant. | Case No.: 3:10-CV-04282-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their respective attorneys of record that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this Court may enter a dismissal with prejudice of all defendants, including defendant HOME DEPOT USA, INC. Additionally, plaintiff requests that Plaintiff's complaint be dismissed in its entirety with prejudice, with the parties to bear their own costs and expenses.

///

///

///

///

STIPULATION RE DISMISSAL - 1

**IT IS SO STIPULATED.**

DATED: December 17, 2010      LAW OFFICES OF MAUREEN E. MCFADDEN

By: _____
Maureen E. McFadden

Attorney for Plaintiff
KIARA BOWEN


DATED: December 29, 2010      OGLETREE, DEAKINS, NASH, SMOAK &
  ~~17~~                      STEWART P.C.
  EF

By: _____
Elizabeth Falcone

Attorney for Defendant
HOME DEPOT USA, INC.

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and for good cause shown, this action is hereby dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: January 7, 2011

_____
The Honorable Maria Elena James
United States Magistrate Judge

STIPULATION RE DISMISSAL - 2